UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    **INDICTMENT**

      - v. -                                :    07 Cr.

KAREEM EDWARDS,                         :

            Defendant.            :

- - - - - - - - - - - - - - - - - - x

                     COUNT ONE

The Grand Jury charges:

On or about July 6, 2007, in the Southern District of New York, KAREEM EDWARDS, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 19, 2001 in New York Supreme Court, Bronx County, for attempted robbery in the first degree while displaying what appeared to be a firearm, in violation of New York Penal Law 160.15, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a Llama .45 caliber semiautomatic firearm, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____      _____
FOREPERSON                           MICHAEL J. GARCIA
                                     United States Attorney