

U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-07
```

August 10, 2007

**BY FACSIMILE**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Foley Square
New York, New York  10007

      Re:  **United States v. Kareem Edwards**
            07 Cr. 719 (WHP)

Dear Judge Pauley:

    At the August 3, 2007 pretrial conference, the defendant stated that he anticipated making a suppression motion, and Your Honor set the following schedule: defendant's motions by August 28; Government's response by September 6; and an evidentiary hearing on September 10, at 2:15 p.m.

    On consent of the defendant, and after consultation with Your Honor's Deputy Clerk, Mr. Kyle Wood, <u>the Government respectfully requests that the Court set the following schedule, in order to accommodate the Government's trial schedule in an unrelated matter: defendant's motions by August 21; Government's response by August 28; and an evidentiary hearing on September 4, at 2:30 p.m.</u>

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

*Application Granted.*

**SO ORDERED:**

                             By: _____
**WILLIAM H. PAULEY III U.S.D.J.**
                                Benjamin A. Naftalis
      8-10-07                    Assistant United States Attorney
                                (212) 637-2456

   cc:  David Patton, Esq. (by facsimile)