

**POLICE LABORATORY**

# FIREARMS ANALYSIS SECTION
## FIREARM EXAMINATION REPORT

LABORATORY CLASSIFICATION: _____ FIREARM EXAMINATION _____ DATE: 7/10/2007

| LAB # 07F 4448 | N703667 | 047 PCT | 200704706298 | | |
|---|---|---|---|---|---|
| RECEIVED FROM: | PO | VELEZ | Comp. # | | Other Ageny Comp# |
| | RANK | NAME | TAX | SHIELD | BX/N-ND COMMAND |

DATE RECEIVED 7/8/2007

☑ ARREST EVIDENCE  ☐ INVESTIGATORY  ☐ DECEDENT'S PROPERTY  ☐ FOUND PROPERTY  ☐ OTHER    INVOICE DATE: 7/8/2007

DEFENDANTS NAME: EDWARDS KAREEM    NUMBER OF DEFENDANTS: 1   ARREST # UNKNOWN

VICTIMS NAME: PSNY    NUMBER OF VICTIMS: 1    DATE OF OCCUR: 7/6/2007    Summons No:

CALIBER: 45 AUTO    MAKE: LLAMA/GABILONDO    MODEL: MAX-1 45 L/F

TYPE/ACTION: PISTOL, SEMI-AUTOMATIC    SERIAL No: 71-04-08912-03   ☒ DEFACED ☒ NONE

NYPD SEAL No: N/A    MAGAZINE/CYLINDER TYPE: DETACHABLE MAG.

MAGAZINE/CYLINDER CAPACITY: 7    BARREL LENGTH: 5"    OVERALL LENGTH: 8 5/8"

COLLAPSIBLE/FOLDING STOCK: NO    FOLDED LENGTH: N/A    FIREARM COLOR: BLACK

GRIP COLOR: BLACK    STOCK COLOR: N/A    RIFLING CHARACTERISTICS: 6R

EVIDENCE OF DISCHARGE PRESENT YES    FULL AUTO NO    ASSAULT WEAPON CHARACTERISTICS ☐ Yes ☑ No

COUNTRY OF ORIGIN: SPAIN    IMPORTER: R.S.A. ENT. INC. OCEAN, NJ

FUNCTION TEST YES    TEST FIRE YES    [OPERATION TEST ☑ ☐]

## AMMUNITION RECEIVED WITH GUN

| QUANTITY | AMMO CALIBER (S) | AMMO MFG. (S) |
|---|---|---|
| 7 | 45 AUTO | R-P |

## AMMUNITION TESTED:

| EXAM ID MARK | AMMO CALIBER | AMMO MFG. | PRIMER COLOR | CASING COLOR | BULLET DISCRIPTION | LOCATION AMMO IS FROM | OPERABLE |
|---|---|---|---|---|---|---|---|
| SS5 | 45 AUTO | R-P | WHITE | BRASS | CJ/HP | CASE | YES |
| SS6 | 45 AUTO | R-P | WHITE | BRASS | CJ/HP | CASE | YES |
| SS7 | 45 AUTO | R-P | WHITE | BRASS | CJ/HP | CASE | YES |
| 1FSS | 45 AUTO | FED | WHITE | BRASS | CJ/FMJ | FAS | YES |
| 2FSS | 45 AUTO | FED | WHITE | BRASS | CJ/FMJ | FAS | YES |

SOUND SUPPRESSION DEVICE ☐ Yes ☑ No

RESULTS: ☒ OPERABLE ☒ INOPERABLE SEE REMARKS

TRIGGER PULL TEST  DOUBLE ACTION: _____ lbs.
☐ Yes ☑ No   SINGLE ACTION: _____ lbs.

REMARKS: (INOPERABLE, ALTERATIONS, PHYSICAL DEFECTS, MISSING PARTS, FIREARM ASSEMBLY, ETC)
GUN AND AMMUNITION TESTED OPERABLE.

ELECTRONIC TRANSMITTAL MEMORANDUM
This Laboratory Report consists
of 1 pages. It is hereby certified
that it is a true and unaltered copy.
Transmitted and Certified by: _____ Ann Jarvis 1/21/07

RECEIPT CERTIFICATION
It is hereby certified that this report
and electronic transmittal memorandum
were received and certified by:

I hereby certify that I tested / examined / analyzed the item described
item(s) and that this report is a true and full copy of the original report
made by me. False statements made herein are punishable as a Class "A"
misdemeanor pursuant to section 210.45 of the Penal Law.

AR by: _____ DATE: 7-10-07

TR by: _____ DATE: 7-10-07

Det. III  Salvatore  Scaturro  662  FAS

00008

# ⊕ Genitron.com    Handgun Database    HOME    CONTACT

## New Selection    Back    Model Detail

**Make:**
Llama

**Model:**
Max-I Government



**Caliber/Type:**
.45 Auto Pistol

**Comment:**
1911 style

**Sights:**
3-dot combat

**Safety:**
grip safety, manual thumb safety

**Barrel Length:**
5.125 in

**Magazine:**
7-round

**Weight:**
36 oz

**Width:**

**List Price:**
$299.00

**Production Date:**
1995 - 1999

**Trigger:**
single-action

**Action:**
recoil operated semi-automatic

**Frame:**
matte black steel

**Rifling:**

**Grip:**
black rubber

**Overall Length:**
8.5 in

**Height:**
5.313 in

**Ask Price:**
$225.00

**Manufacturer:**
Llama Fabrinor SAL
+34 945 262400

**Address:**
Portal De Gramarra
50 Vitoria Alava,  Spain

**Importer:**
Import Sports, Inc.
732-493-0302

**Address:**
1750 Brielle Ave, Unit B-1
Wanamassa, NJ  07712