```
10 SHOTS/OUT                    PR 1                        RMK
0 E 229 ST
ONIA AVE - SCHIEFELIN AVE
PP 10-98 1709   47S9222 10-98 1822   47HA 10-98 1835
ST1 10-98 1721   47SP7 10-98 1724   47S9296 10-98 1852
F 10-98 1724   47A 10-98 1717   47LT1 10-98 1721
S9290 10-98 1853   47TF1 10-98 1805   47H 10-98 1721
SP4 10-98 1821   47SPP 10-93 CRIME 1930
F09198 *1701 ---PU SHOTS FIRED AT LOC D1160*1702 XMI OVER
M B--CW1118*1702 ------STS POSS IFO LOC D1160*1702 XMTED OVER
---CW1596*1702 PREVIOUS ADDRESS 1170 E 229 ST LACONIA AVE
IEFELIN AVE *1703 --XMITTED---CW-1*1703 ------MB------BLCK
RT-------5X10------D1160*1703 ....XMITTED OVR HWY CW 2221
703 XMITTED OVER CW 2 N 3------CW1694*1706 -------------NFU TO
AUTH SGT D1160*1706 ------MB CARRYING A BLCK
DGUN-------RAN INTO BLDG D1160*1707 ------------AUTH HSG
-----NO INJ----NO SHOTS FIRED BY MOS------ALL ACCOUNTED
R----WAS PU OF SHOTS FIRED D1160*1707 -----XMT OVR
D...CW1135*1708 --------CONFIRMED SHOTS FIRED-----NO INJ D1160
```

                                                    07JUL07 1603 LIVE

7S9290 10-98
7SP4 10-98 1821   47SPP 10-93 CRIME 1930
P F09198 *1701 ---PU SHOTS FIRED AT LOC D1160*1702 XMI OVER
MM B--CW1118*1702 ------STS POSS IFO LOC D1160*1702 XMTED OVER
D---CW1596*1702 PREVIOUS ADDRESS 1170 E 229 ST LACONIA AVE
HIEFELIN AVE *1703 --XMITTED---CW-1*1703 ------MB------BLCK
IRT-------5X10------D1160*1703 ....XMITTED OVR HWY CW 2221
703 XMITTED OVER CW 2 N 3------CW1694*1706 -------------NFU TO
C AUTH SGT D1160*1706 ------MB CARRYING A BLCK
NDGUN-------RAN INTO BLDG D1160*1707 ------------AUTH HSG
1----NO INJ----NO SHOTS FIRED BY MOS------ALL ACCOUNTED
R----WAS PU OF SHOTS FIRED D1160*1707 -----XMT OVR
D...CW1135*1708 --------CONFIRMED SHOTS FIRED-----NO INJ D1160
708 ---SPCT NATER NTFD D1160*1708 -----WAS PU BY
90-------D1160*1708 VERTICAL AT LOC BY HSG 9290*1709 VERTICAL
ME LOCATION AUTH CONDT *1710 .....OPS PLS NOTE...SPCT NATER
720 47 SQUAD 84 AT LOC REQ ECT TO RESP D1160*1723 -----ECT
FD VIA LL-----NO ETA D160*1745 ----AUTH 9290 NEG RESULTS ON
ERT D1160

07JUL07 1604 LIVE

00030