

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2007

**BY FACSIMILE**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-07
```

    Re:  **United States v. Kareem Edwards**,
         07 Cr. 719 (WHP)

Dear Judge Pauley:

    A subsequent conference relating to the defendant's pending suppression motion was scheduled for today, October 24, 2007, at 2:00 p.m. Your Honor's Deputy Clerk, Mr. Kyle Wood, has now rescheduled this conference for November 1, 2007, at 5:00 p.m. Thus, the Government respectfully requests that the Court exclude time from today until November 1, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Court to continue its consideration of the parties' motion papers. Defense counsel consents to this request for the exclusion of time.

*Application Granted.*
**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
10-24-07

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By:   _____
    Benjamin A. Naftalis
    Assistant United States Attorney
    Tel. No.: (212) 637-2456

cc:  David Patton, Esq. (by fax)