

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 1, 2007

**BY FACSIMILE**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-07
```

    Re: **United States v. Kareem Edwards**,
        07 Cr. 719 (WHP)

Dear Judge Pauley:

    After conferring with both parties, Your Honor's Deputy Clerk, Mr. Kyle Wood, scheduled a subsequent conference in this matter for Tuesday, November 13, at 2:30 p.m. <u>The Government respectfully requests that the Court exclude time from today until November 13, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).</u> The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue their discussions about a possible disposition of this matter following the Court's recent ruling. Defense counsel consents to this request for the exclusion of time.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney

*Application Granted.*

SO ORDERED:

                                  By: _____
WILLIAM H. PAULEY III U.S.D.J.
                                              Benjamin A. Naftalis
11-2-07
                                              Assistant United States Attorney
                                              Tel. No.: (212) 637-2456

cc: David Patton, Esq. (by fax)