*911 CALL TRANSCRIPT -- DRAFT*

CASE:        United States v. Edwards, 07 Cr. 719 (WHP)

DATE:        July 6, 2007

TIME:        1700 hours

CALL LENGTH: 52 seconds

ABBREVIATIONS:   Unintelligible      [U/I]
                 Interruption        //
                 UM                  Unidentified Male
                 911                 911 Emergency Operator


911: Police Operator, 1-5-1-7.  Where is your emergency?

UM:  Hello?

911: Yes, you've reached 911, do you have an emergency?

UM:  [U/I]...

911: Hello?

UM:  Hello.  229th on the south side of the Edenwald projects shots fired.  Six shots.

911: 229 what?

UM:  On the south side drive of uh, Edenwald projects.

911: O.K. but what's the address there?

UM:  Uh, by the, by 112th school, by the pool.  I'm not sure.

911: Alright, you have to give me an address, sir.  I don't, I don't know where you're calling from.

UM:  By 1160 or 1154 East 229.

911: East 229 . . . six shots?

UM:  Six shots fired.

911: O.K.  Anyone injured?  Hello?

1

## *911 CALL TRANSCRIPT -- DRAFT*

UM:  [U/I] the kid.  There's kids all around.

911: O.K.  What's your last name?

UM:  O'Connell.

911: Alright, what's the number you're calling from?

UM:  Um, I'm. . . .

[RECORDING ENDS]