*RADIO DISPATCH TRANSCRIPT -- DRAFT*

CASE:         United States v. Edwards, 07 Cr. 719 (WHP)

DATE:         July 6, 2007

TIME:         1700 hours

CALL LENGTH:  6:35

ABBREVIATIONS:    Unintelligible    [U/I]
                  Interruption      //
                  UM 1              Unidentified Male 1
                  UM 2              Unidentified Male 2
                  UM 3              Unidentified Male 3
                  UM ?              Unclear who is speaking
                  C                 Central

UM 1:   Housing post [U/I]. Uh, I have shots fired over here at 1170 East 229.

C:      1170 East 229, units in [U/I]?

UM 1:   Around 1170 or 1160 over here.

C:      That's a sergeant in there, or housing lieutenant?

UM 1:   Units [U/I].  Over.

C:      The housing post [U/I]. What's your numbers?

UM 1:   [U/I]

C:      9-2-9-0.

UM 2:   [U/I] can't find the address.

C:      1170 East 229.  Laconia to Scheffelin.

UM 2:   What's that in the back of? [U/I]

UM 1:   In the front somewhere.  Front door?  1160, it's 1160, inside the building now they're saying.

[U/I]

C:      O.K. 1160 East 229. Housing lieutenant are there.

1

### *RADIO DISPATCH TRANSCRIPT -- DRAFT*

| | |
|---|---|
| UM ?: | [U/I] |
| C: | [U/I] pick up on shots fired 1160 East 229. |
| UM 1: | [U/I] Black male about 5'10'' with a black shirt. |
| C: | You said a male black, black shirt. What's the height, [U/I]? |
| UM 1: | 5'10'' with a black shirt. 1160 East 229. |
| C: | 10-4. |
| UM 3: | [U/I] Sergeant [U/I]. |
| C: | [U/I] 10-4. |
| UM 3: | [U/I] conditions, Central [U/I] |
| C: | [U/I] conditions. |
| UM 3: | [U/I] |
| UM ?: | Housing lieutenant [U/I]. |
| C: | Housing lieutenant [U/I]. |
| UM 1: | So what do you have up there in the 4-7? |
| UM 2: | [U/I] 1160 please? |
| C: | [U/I] It's 1-1-6-0 East 229. [U/I] pick up on shots fired. |
| UM 2: | Get the lieutenants goin' central. |
| C: | 10-4. |
| UM 2: | [U/I]. |
| UM 3: | [U/I]. |
| UM 1: | Housing lieutenants responding to the 4-3. |
| C: | 10-4. |

## RADIO DISPATCH TRANSCRIPT -- DRAFT

| | |
|---|---|
| UM 3: | [U/I] |
| C: | 10-4. |
| UM 1: | [U/I] 84. |
| C: | 10-4, 9-2-9-0. |
| UM ?: | Where you at? |

[Pause]

| | |
|---|---|
| UM 1: | 7-Frank, 84 central. |
| C: | 10-4 Frank. |

[Pause]

| | |
|---|---|
| UM 3: | 7-80 to 84. |
| C: | 10-4. |
| UM 2: | [U/I] 84. |
| C: | 10-4 [U/I]. |
| UM 2: | Can anybody confirm a shot over there? |
| UM ?: | 2-2-9-0? |
| C: | 9-2-9-0. |
| UM ?: | I just found some spent shells in front of the building a male ran into the building, some witnesses said. |
| C: | Got a male ran into the building, is that the male black, with the black shirt, guy? |
| UM ?: | Affirmative. |
| UM: | [U/I] lieutenants, 84. |

3

### *RADIO DISPATCH TRANSCRIPT -- DRAFT*

| | |
|---|---|
| C: | 10-4, lieutenant. |
| UM ?: | Central, 10-4 that location, please. |
| C: | 1160 East 229th Street, Laconia to Sheffelin. |
| UM ?: | [U/I] 84. [U/I] 84. |
| C: | 10-4. |
| UM ?: | [U/I] |
| C: | 4-7 Henry. |
| UM 2: | It's about [U/I] |
| C: | 10-4. |
| UM 2: | [U/I] |
| C: | Just have a male, black, black shirt, about 5'10''. Says he ran into the building. |
| UM ?: | [U/I] |
| C: | 10-4 units, right, that's a no further 1-1-6-0 East 229, no further. |
| UM 1: | That's a be advised, there's also a black handgun. |
| C: | 10-4. |
| UM ?: | Able to get a vertical yet, central? Say it one more time, Central. |
| C: 7 | Lieutenant. |
| UM ?: | Central, was there a housing unit that followed this, uh, person inside the building? |
| C: | The house ain't portable [U/I]. He stated that he saw, they saw the perp run into the building. A unit in the building of 1160 East 229. |
| UM ?: | Housing lieutenant [U/I]? |

4

### *RADIO DISPATCH TRANSCRIPT -- DRAFT*

C:       Housing lieutenant?

UM 2:    Central, the car that is up here is 9-2-9-0.  Try to radio him.

C:       9290. . .

UM ?:    We're 84, central, we're here.

UM ?:    [U/I] central.

UM ?:    [U/I] Lieutenant central, I'm just asking if anybody's in pursuit of this person at this time.

UM ?:    Negative, no pursuit.

UM ?:    Alright, 10-4.

UM ?:    Anybody hit?

UM ?:    Nobody hit.  No injuries at this time.

UM ?:    Everybody's accounted for, correct?

UM ?:    Everybody's accounted for, Lou.

[Pause]