

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2007

**BY FACSIMILE**

David Patton, Esq.
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, New York 10007

    Re:  **United States v. Kareem Edwards**
           07 Cr. 719 (WHP)

Dear Mr. Patton:

    Pursuant to the Government's continuing discovery obligations under Rule 16, Fed. R. Crim. P., and as discussed earlier today via telephone, the Government discloses an extemporaneous admission by the defendant. According to Detective Dennis Estwick, after the defendant had been advised of his Miranda rights, he stated, in sum and substance, "Oh, you got me."

    As always, please do not hesitate to contact me with any questions.

                           Very truly yours,

                           MICHAEL J. GARCIA
                         United States Attorney

        By:     _____
                       Benjamin Naftalis
                       Assistant United States Attorney
                       Tel.: (212) 637-2456