DATE: 7/6/03  TIME: 22:00  LOCATION: 47pct. DETECTIVE SQUAD OF

SUBJECT: EDWARDS, KAREEM  D.O.B. 7/3/83  PHONE#

ADDRESS: 1154 E 229 St Apt 13H

1. You have the right to remain silent and refuse to answer questions.
   Do you understand question #1?  Subject replied: Yes

2. Anything you do say may be used against you in a court of law.
   Do you understand question #2?  Subject replied: Yes

3. You have the right to consult an attorney before speaking to the poli[ce] and have an attorney present during any questioning now or in the fut[ure].
   Do you understand question #3?  Subject replied: Yes

4. If you can not afford an attorney, one will be provided for you witho[ut] cost.
   Do you understand question #4?  Subject replied: Yes

5. If you do not have an attorney available, you have the right to remai[n] silent, until you have had an opportunity to consult with one.
   Do you understand question #5  Subject replied: Yes

6. Now that I have advised you of your rights, are you willing to answer questions?
   Subject replied: NO

GIVEN BY: PO Flood  SUBJECT SIGNATURE: X Refused

THE SUBJECT MADE THE FOLLOWING STATEMENT ON _____ AT _____

TIME COMPLETED: 2210
DATE COMPLETED: 7/6/07

SUBJECT SIGNATURE:
DETECTIVE SIGNATURE: PO Flood

00015

PAGE     OF