AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

V.

KAREEM EDWARDS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   07 CR 719 (WHP)

   The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Hon. William H. Pauley III, U. S. D. J.
Name and Title of Judge

December 12, 2007
Date

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07
```